**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>ANNA MARIE WHITEROCK,<br><br>    Defendant. | 08-04051MP-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court and admitted to violating her conditions of probation as alleged in the Petition to Revoke Probation.

    IT IS ORDERED revoking the defendant's probation as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FIVE (5) MONTHS.**

    IT IS RECOMMENDED that the defendant serve her sentence at the Coconino County Jail.

    DATED this 4th day of June, 2008.

_____
Mark E. Aspey
United States Magistrate Judge